# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD KATONA, | |
| Plaintiff, | CIVIL ACTION NO. 3:20-cv-02221 |
| v. | (SAPORITO, M.J.) |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

## ORDER

On March 10, 2021, the plaintiff, appearing through counsel, filed a request to voluntarily dismiss this action pursuant to Fed. R. Civ. P. 41(a)(2). (Doc. 13; Doc. 14.) On March 12, 2021, the defendants filed a response to that request, advising that they have no objection to the plaintiff's request. (Doc. 15.) Accordingly, **IT IS HEREBY ORDERED THAT** the plaintiff's request (Doc. 13) is **GRANTED** and this action is **DISMISSED without prejudice**, pursuant to Fed. R. Civ. P. 41(a)(2). The Clerk shall mark this case as **CLOSED**.

Dated: March __15__, 2021

*Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge